UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 17-22419
ASHER D. WOLMARK ) 
 ) 
 ) Chapter: 11
 ) 
 ) Honorable Carol A. Doyle
 ) 
Debtor(s) ) 

## ORDER ON MOTION FOR RELIEF FROM STAY

This matter coming before the Court on the motion of Nancy Wolmark for relief from the automatic stay to continue the pending domestic relations proceedings in the Circuit Court of Cook County, Case No.: 2011 D 10294, the Court orders:

1. The Motion is granted. The Court hereby modifies the automatic stay to permit Nancy Wolmark to continue with the domestic relations proceedings in the Circuit Court of Cook County, Case No.: 2011 D 10294.
2. This order does not permit the sale or other disposition of any property determined by the bankruptcy court to be the marital or non-marital property of the Debtor, in whole or in part.
3. Any disposition of the Debtor's assets will be subject to the bankruptcy court's jurisdiction.

Enter: *LaShonda A. H*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: 10/18/17

**Prepared by:**
Ann M. Erickson
Douglas K. Morrison
Morrison & Mix
120 N. LaSalle, Suite 2750
Chicago, IL 60602

Rev: 20130103_bko